UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COURTNEY THOMAS,

    Plaintiff,

v.

    Case No. 1:24-cv-1117

    Hon. Hala Y. Jarbou

PORTAGE DEPARTMENT OF
PARKS AND RECREATION, et al.,

    Defendants.

_____/

## ORDER

In accordance with the opinion issued entered this date,

**IT IS ORDERED** that Plaintiff's Objection to the R&R (ECF No. 18) is **OVERRULED**.

**IT IS FURTHER ORDERED** that the R&R (ECF No. 13) is **APPROVED** and **ADOPTED** with supplemental reasoning outlined in the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss for failure to state a claim (ECF No. 9) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Date:   August 13, 2025                                    /s/ Hala Y. Jarbou
                                                                      HALA Y. JARBOU
                                                                       CHIEF U.S. DISTRICT JUDGE